UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KELLER COOPER, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY VALDOVINOS,<br><br>　　　　Defendant. | NO. CV 17-2463-FMO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendant's motion to dismiss the complaint for failure to exhaust remedies is DENIED WITHOUT PREJUDICE. The case is referred back to Magistrate Judge Rosenberg for further proceedings.

DATED: December 11, 2018

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　United States District Judge