UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KELLER COOPER, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY VALDOVINOS,<br><br>Defendant. | NO. CV 17-2463-FMO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the magistrate judge, and Plaintiff's supplemental opposition. Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendant's motion for partial summary judgment on Plaintiff's claims arising from the January 3, 2017 incident is GRANTED. Defendant has filed a separate motion for summary judgment on the foot-in-door incident in 2015. The matter is referred back to the magistrate judge.

DATED: January 31, 2020

/s/
FERNANDO M. OLGUIN
United States District Judge